JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Dr. Michael Walter DaBose ;
**County of Residence:** Osceola County

**Defendant(s):**
First Listed Defendant:
Wells Fargo Bank, NA ;
**County of Residence:** Outside This District

Additional Defendants(s):
ALDRIDGE CONNORS, LLP ;

**County Where Claim For Relief Arose:** Osceola County

**Plaintiff's Attorney(s):**
Pro Se (Michael DaBose)

**Defendant's Attorney(s):**

, Alabama
**Phone:**
**Fax:**
**Email:**

**IFP REQUESTED**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** Violations of U.S. Constitution Amendment XIV Section 1 Plaintiff denied the Constitutional right of due process, conspiring by defendants to seize property without due process; U.S.C Title 28 Rules of Evidence Rule 401, 402, 901, 902, 1002 Plaintiff has been systematically denied evidence by the defendants; 15 U.S.C. §1692 et seq. - defendant has denied the Plaintiff required evidence to establish standing; 15 U.S.C. §1681 et seq.defendants have through misrepresentation have issued knowingly false Plaintiff consumer credit information on numerous occasions and obtained same consumer information for unsanctioned purposes.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 300

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Pro Se Michael W DaBose

**Date:** 1/21/2014

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.